THE HONORABLE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANDRA L. FERGUSON,

                    Plaintiff,

        vs.

BRIAN J. WAID AND THE WAID MARITAL
COMMUNITY,

                    Defendants.

NO. 2:17-CV-01685-MAT

**DECLARATION OF SUSAN K.
KAPLAN IN SUPPORT OF
DEFENDANT BRIAN WAID'S MOTION
FOR SANCTIONS AGAINST
PLAINTIFF SANDRA FERGUSON
UNDER RULE 11**

NOTE DATE: MARCH 2, 2017

I, Susan K. Kaplan, hereby state as follows:

1.      I am an attorney duly licensed to practice in the state of Washington and am an attorney with the law firm Carroll, Biddle, & Bilanko, PLLC, counsel for Defendant Brian Waid in this matter.  I am over the age of eighteen and am competent to testify to the facts alleged herein.

2.      Attached as Exhibit A is a true and correct copy of Sandra Ferguson's Opening Brief in *Caruso/Ferguson* appeal pending before the Ninth Circuit.

///

///

DECLARATION OF SUSAN K. KAPLAN IN SUPPORT OF
DEFENDANT BRIAN WAID'S MOTION FOR SANCTIONS
AGAINST PLAINTIFF SANDRA FERGUSON UNDER RULE
11 -1
(2:17-CV-01685-MAT)

**CARROLL, BIDDLE, &
BILANKO, PLLC**
801 2nd Avenue, Suite 800
Seattle, WA  98104
Telephone: (206) 489-5549

I declare under penalty of perjury under the laws of the State of Washington that the forgoing is true and correct.


SIGNED at Seattle, State of Washington, January 16, 2018.


/s/ *Susan K. Kaplan*
Susan K. Kaplan, WSBA No. 40985


**DECLARATION OF SUSAN K. KAPLAN IN SUPPORT OF DEFENDANT BRIAN WAID'S MOTION FOR SANCTIONS AGAINST PLAINTIFF SANDRA FERGUSON UNDER RULE 11 -2**
(2:17-CV-01685-MAT)

**CARROLL, BIDDLE, & BILANKO, PLLC**
801 2nd Avenue, Suite 800
Seattle, WA  98104
Telephone: (206) 489-5549

# CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day a true and accurate copy of the document to which this declaration is affixed was filed with the above-entitled Court through CM/ECF and was sent as indicated below on this day, to:

**Attorneys for Plaintiff**:
Sandra L. Ferguson
The Ferguson Firm
The Pioneer Building
600 First Avenue
Seattle, WA 98104
Tel.: (206) 624-5696
Fax: (206) 770-7340

☐ U.S. Mail Postage Prepaid
☒ CM/ECF
☐ Hand Delivery
☐ Email: sandra@slfergusonlaw.com

DATED this 16th day of January 2018.

/s/ Stephanie M. Hosey
Stephanie M. Hosey, Paralegal

**DECLARATION OF SUSAN K. KAPLAN IN SUPPORT OF DEFENDANT BRIAN WAID'S MOTION FOR SANCTIONS AGAINST PLAINTIFF SANDRA FERGUSON UNDER RULE 11 -3**
(2:17-CV-01685-MAT)

**CARROLL, BIDDLE, & BILANKO, PLLC**
801 2nd Avenue, Suite 800
Seattle, WA 98104
Telephone: (206) 489-5549

1119993/32081398v2