THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA L. FERGUSON,<br><br>                Plaintiff,<br><br>vs.<br><br>BRIAN J. WAID AND THE WAID MARITAL COMMUNITY,<br><br>                Defendants. | NO. 2:17-CV-01685-RSM<br><br>**ORDER GRANTING DEFENDANT BRIAN J. WAID'S MOTION FOR LEAVE TO AMEND HIS COUNTERCLAIMS TO WITHDRAW THE MALICIOUS PROSECUTION COUNTERCLAIM PURSUANT TO FRCP 15** |

**ORDER**

    **THIS MATTER** COMES BEFORE THE Court upon Defendant Brian J. Waid's Motion for Leave to Amend His Counterclaims to Withdraw the Malicious Prosecution Counterclaim Pursuant to FRCP 15 ("Motion"). In ruling on this Motion, the Court considered the pleadings, declarations, exhibits, and briefs filed by the parties in this matter.

    Based on the foregoing, it is hereby **ORDERED** that Defendant Brian J. Waid's Motion is **GRANTED**.

///

///

**ORDER GRANTING DEFENDANT BRIAN J. WAID'S MOTION FOR LEAVE TO AMEND HIS COUNTERCLAIMS TO WITHDRAW THE MALICIOUS PROSECUTION COUNTERCLAIM PURSUANT TO FRCP 15** -1

**CARROLL, BIDDLE, & BILANKO, PLLC**
801 2nd Avenue, Suite 800
Seattle, WA 98104
Telephone: (206) 489-5549

Dated this 20 day of February 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

CARROLL, BIDDLE, & BILANKO, PLLC

By: */s/ Jeffrey E. Bilanko*
Jeffrey E. Bilanko, WSBA 38829

*/s/ Susan K. Kapan*
Susan K. Kaplan, WSBA 40985

Carroll, Biddle, & Bilanko, PLLC
801 2nd Avenue, Suite 800
Seattle, WA 98104
Phone: (206) 489-5548
Email: jbilanko@cbblegal.com
Email: skaplan@cbblegal.com
Attorneys for Defendant Brian J. Waid

ORDER GRANTING DEFENDANT BRIAN J. WAID'S MOTION FOR LEAVE TO AMEND HIS COUNTERCLAIMS TO WITHDRAW THE MALICIOUS PROSECUTION COUNTERCLAIM PURSUANT TO FRCP 15 -2

**CARROLL, BIDDLE, & BILANKO, PLLC**
801 2nd Avenue, Suite 800
Seattle, WA 98104
Telephone: (206) 489-5549