UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA L. FERGUSON,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN J. WAID AND THE WAID MARITAL COMMUNITY,<br><br>Defendants. | Case No. C17-1685RSM<br><br>ORDER GRANTING MOTION FOR ORDER TO SHOW CAUSE |

This matter comes before the Court on Defendant Brian J. Waid's Motion for Order to Show Cause. Dkt. #122. The Court has determined it can rule on this Motion without responsive briefing, for the reasons stated below.

On April 9, 2018, the Court issued an Order for Plaintiff Ferguson to pay Defendant $39,399 in attorney's fees and $79 in costs "as a sanction under Rule 11(c)." Dkt. #70. The Court did not provide a deadline. On August 6, 2018, the Court set a deadline of September 5, 2018, for Ms. Ferguson to make payment. Dkt. #115. On the eve of that deadline, Ms. Ferguson filed a document stating she "acknowledges receipt of the Court's Order" and that she "understands that the order sets a deadline, and is not itself a judgment." Dkt. #120. Opaquely, her only further remark is that she "respectfully intends to file an appeal after trial and entry of judgment in this case, if appropriate." *Id*.

ORDER GRANTING MOTION FOR ORDER TO SHOW CAUSE - 1

On September 10, 2018, Defendant Waid filed the instant Motion, noted for September 28, 2018, asking the Court to issue an "Order to Show Cause directing Plaintiff Sandra Ferguson to show cause why she should not be held in contempt for blatantly defying this Court's August 6, 2018 Order…" Dkt. #122 at 1.

The Court has determined there is no reason to wait several weeks until Ms. Ferguson responds to this Motion to issue an Order to Show Cause allowing Ms. Ferguson to provide a response again on the same issue. The procedural facts are not in dispute, unless Ms. Ferguson has actually made payment. It appears clear that she has failed to follow the Court's explicit order, and therefore the Court requires an explanation for why she should not be held in contempt. In any event, she may present all of her arguments in response to this Order.

Having reviewed the relevant briefing, the declarations and exhibits attached thereto, and the remainder of the record, the Court hereby finds and ORDERS:

1) Defendant's Motion for Order to Show Cause, Dkt. #122, is GRANTED.

2) In Response to this Order, Plaintiff must write a short statement telling the Court why she should not be held in contempt for defying this Court's prior Orders identified above. This Response may not exceed **six (6) pages**.

3) This Response is due no later than **fourteen (14) days** from the date of this Order.

4) No Response or Reply is permitted from Defendant unless requested by the Court.

DATED this 11 day of September, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE