THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANDRA L. MS. FERGUSON,

          Plaintiff,

vs.

BRIAN J. WAID AND THE WAID MARITAL COMMUNITY,

          Defendants.

NO. 2:17-CV-01685-RSM

**DECLARATION OF BRIAN WAID IN SUPPORT COUNTER-PLAINTIFF/DEFENDANT'S MOTION FOR SUPPLEMENTAL PROCEEDINGS**

NOTE ON MOTION CALENDAR:
FEBRUARY 15, 2019

I, Brian Waid, hereby state as follows:

1. I am the Counter-Plaintiff/Defendant in the above-captioned matter, and make this Declaration based on my personal knowledge. I am over the age of eighteen and am competent to testify to the facts alleged herein.

2. To date, I have not received any payment from, or on behalf of, Sandra Ferguson on the judgment entered against her on November 19, 2018. As of the filing of the concurrent

---

**DECLARATION OF BRIAN WAID IN SUPPORT COUNTER-PLAINTIFF/DEFENDANT'S MOTION FOR SUPPLEMENTAL PROCEEDINGS - 1**
(2:17-CV-01685-RSM)

CARROLL, BIDDLE, & BILANKO, PLLC
801 2nd Avenue, Suite 800
Seattle, WA 98104
Telephone: (206) 489-5549

Motion for Supplemental Proceedings, no portion of the judgment entered on November 19, 2018 has been satisfied.

3. According to the Washington State Bar Association ("WSBA") directory, Sandra currently has an active law license and maintains a firm called The Ferguson Firm. Attached as Exhibit A is a true and correct copy of the WSBA directory entry for Sandra with a print date of January 29, 2019.

4. Attached as Exhibit B is a true and correct copy of the Washington Secretary of State online profile for The Ferguson Firm, PLLC, showing an inactive date of May 2, 2011.

I declare under penalty of perjury under the laws of the State of Washington that the forgoing is true and correct.

SIGNED at Seattle, State of Washington, January 29, 2019.

_____
Brian Waid, WSBA No. 26038

DECLARATION OF BRIAN WAID IN SUPPORT COUNTER-PLAINTIFF/DEFENDANT'S MOTION FOR SUPPLEMENTAL PROCEEDINGS - 2
(2:17-CV-01685-RSM)

CARROLL, BIDDLE, & BILANKO, PLLC
801 2nd Avenue, Suite 800
Seattle, WA 98104
Telephone: (206) 489-5549

# CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day a true and accurate copy of the document to which this declaration is affixed was filed with the above-entitled Court through CM/ECF and was sent as indicated below on this day, to:

**Attorneys for Plaintiff**:
Sandra L. Ms. Ferguson
The Ms. Ferguson Firm
The Pioneer Building
600 First Avenue
Seattle, WA 98104
Tel.: (206) 624-5696
Fax: (206) 770-7340

U.S. Mail Postage Prepaid
☒ CM/ECF
☐ Hand Delivery
☐ Email: sandra@slfergusonlaw.com

DATED this 30th day of January 2019.

*/s/ Stephanie M. Hosey*
Stephanie M. Hosey, Paralegal

**DECLARATION OF BRIAN WAID IN SUPPORT COUNTER-PLAINTIFF/DEFENDANT'S MOTION FOR SUPPLEMENTAL PROCEEDINGS - 3**
(2:17-CV-01685-RSM)

**CARROLL, BIDDLE, & BILANKO, PLLC**
801 2nd Avenue, Suite 800
Seattle, WA 98104
Telephone: (206) 489-5549