

FILED

FEB 13 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SANDRA L. FERGUSON, Esquire,

    Plaintiff-counter-defendant-Appellant,

v.

BRIAN J WAID, and the marital community thereof,

    Defendant-counter-claimant-Appellee.

No.   18-36043

D.C. No. 2:17-cv-01685-RSM
Western District of Washington, Seattle

ORDER

Before: GRABER and McKEOWN, Circuit Judges.

Appellant's emergency motion for injunction pending appeal (Docket Entry No. 14) is denied.

Appellee's request to strike portions of appellant's declaration, set forth in footnote 2 of Document 1, Docket Entry No. 16, is denied.

The parties are admonished that emailing the court's emergency notification system is insufficient to withdraw a motion. If appellant seeks to withdraw Docket Entry No. 13, appellant must file a written notice on the docket.

Appellant's opening brief remains due April 15, 2019; the answering brief is due May 15, 2019; and the optional reply brief is due within 21 days after service of the answering brief.

SM/MOATT