THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA L. FERGUSON,<br><br>      Plaintiff,<br><br> vs.<br><br>BRIAN J. WAID AND THE WAID MARITAL COMMUNITY,<br><br>      Defendants. | NO. 2:17-cv-1685-RSM<br><br>**COUNTER-PLAINTIFF/DEFENDANT BRIAN J. WAID'S REPLY IN SUPPORT OF THE MOTION FOR SUPPLEMENTAL PROCEEDINGS**<br><br>NOTE DATE: FEBRUARY 15, 2019 |

  Plaintiff/Counter-Defendant Sandra Ferguson does not object to the categories of information and documents requested in supplemental proceedings. Therefore, this Court should issue an order directing Ms. Ferguson to provide the requested information and documents in supplemental proceedings.

  Ms. Ferguson's only objection is to the time period of the requested information and documents. However, Ms. Ferguson fails to cite any legal authority for the proposition that five years of information and documents is unduly burdensome and overbroad with respect to tracing and establishing Ms. Ferguson's assets and property. She also fails to provide a declaration supporting any of the facts stated in her response.

**COUNTER-PLAINTIFF/DEFENDANT BRIAN J. WAID'S REPLY IN SUPPORT OF THE MOTION FOR SUPPLEMENTAL PROCEEDINGS -1**
(2:17-CV-01685-RSM)

**CARROLL, BIDDLE, & BILANKO, PLLC**
801 2nd Avenue, Suite 800
Seattle, WA 98104
Telephone: (206) 489-5549

First, five years of information and documents is a reasonable request to allow for sufficient analysis of Ms. Ferguson's available assets and property to enforce Mr. Waid's judgment.[1] For example, in *Mission Capital Works, Inc. v. SC Restaurants, Inc.*, the court found that requests for ten years of information regarding property, income, and assets and requests for five years of financial and tax documents was appropriate.[2] "The presumption should be in favor of full discovery of any matters arguably related to the judgment creditor's efforts to trace the judgment debtor's assets and otherwise enforce [his] judgment."[3]

In addition, to support her request that the scope of supplemental proceedings be limited to two years, Ms. Ferguson states that evidence of the recent payment to Mr. Waid pursuant to the sanctions order is insufficient to justify a five-year time period.  Ms. Ferguson, however, does not cite to any case law or other authority to support this proposition.  Moreover, given that no financial documents or information were produced in discovery, Ms. Ferguson's recent payment is the only documentary evidence in this case of Ms. Ferguson's financial condition.  The fact that it was a recent payment does not preclude Mr. Waid from access to information and documents that allows for sufficient analysis of Ms. Ferguson's assets and property.  Likewise, the assertion that Ms. Ferguson's law practice information and documents for the last two years would be sufficient to show past and future income is belied by the fact that Ms. Ferguson takes contingency cases that could take more than two years to resolve—for example, *SEBS v. ABC, Corp.*, King County Superior Court Case No. 10-2-06166-5 SEA, the case that resulted in a fee dispute between Ms. Ferguson and her co-counsel, and in which Mr. Waid represented Ms. Ferguson regarding the fee dispute.[4]

---

[1] *See Mission Capital Works, Inc. v. SC Restaurants, Inc.*, No. 09-CV-1623-WQH(JMA), 2009 WL 4895315, at *1–2 (S.D. Cal. Dec. 10, 2009).
[2] *Id.*
[3] *Id.* (quoting *Credit Lyonnais, S.A. v. SGC Intern., Inc.,* 160 F.3d 428, 430 (8th Cir.1998) (internal quotations omitted)).
[4] *See Decl. of Sandra Ferguson in Support of Pl.'s Mot. for Declaratory Rulings & Partial S.J.*, Dkt. no. 58-1, at ¶¶ 42, 52.

**COUNTER-PLAINTIFF/DEFENDANT BRIAN J. WAID'S REPLY IN SUPPORT OF THE MOTION FOR SUPPLEMENTAL PROCEEDINGS -2**
(2:17-CV-01685-RSM)

**CARROLL, BIDDLE, & BILANKO, PLLC**
801 2nd Avenue, Suite 800
Seattle, WA  98104
Telephone: (206) 489-5549

1   Finally, the assertion that some of the requested financial records were produced during
2   discovery in prior lawsuits between the parties is incorrect.[5]  There were two lawsuits filed by
3   Ms. Ferguson against Mr. Waid in King County Superior Court, one in 2014 and the other in
4   2015.[6]  Ms. Ferguson only produced limited financial information in the 2014 case, consisting of
5   bank records for one account in her name and for a second account in the name of The Ferguson
6   Firm, PLLC, covering the time period of April 2011 to the latter part of February 2012.[7]  Not
7   only are those records not from the time period requested in supplemental proceedings but also
8   Mr. Waid believes those records are subject to a protective order.[8]  In addition, no discovery was
9   conducted in the 2015 case because the court entered a stay pending the appeal of the 2014 case.[9]
10  Ms. Ferguson presents no legal or factual basis to limit the scope of supplemental proceedings to
11  a two-year time period for information and documents.  The five-year time period is reasonable
12  and could reveal more available assets and property than could be ascertained from reviewing
13  information and documents for the last two years.
14      For the foregoing reasons and the reasons stated in the moving brief, Mr. Waid
15  respectfully requests that this Court issue an order directing Ms. Ferguson to appear and testify
16  regarding the requested financial information and to produce copies of the requested documents
17  for the time period of January 1, 2014 to present.
18  //
19  //
20  //
21  //
22  //

---

[5] *See* Waid Decl. ISO Reply, at ¶¶ 2–4.
[6] Waid Decl. ISO Reply, at ¶ 2.
[7] Waid Decl. ISO Reply, at ¶ 3.
[8] Waid Decl. ISO Reply, at ¶ 3.
[9] Waid Decl. ISO Reply, at ¶ 4.

**COUNTER-PLAINTIFF/DEFENDANT BRIAN J. WAID'S REPLY IN SUPPORT OF THE MOTION FOR SUPPLEMENTAL PROCEEDINGS -3**
(2:17-CV-01685-RSM)

**CARROLL, BIDDLE, & BILANKO, PLLC**
801 2nd Avenue, Suite 800
Seattle, WA  98104
Telephone: (206) 489-5549

| | | |
|---|---|---|
| 1 | Dated: February 15, 2019 | CARROLL, BIDDLE, & BILANKO, PLLC |

By:  */s/Jeffrey E. Bilanko*
Jeffrey E. Bilanko, WSBA 38829

*/s/Susan K. Kaplan*
Susan K. Kaplan, WSBA 40985

Carroll, Biddle, & Bilanko, PLLC
801 2nd Avenue, Suite 800
Seattle, WA 98104
Phone: (206) 489-5549
Email: jbilanko@cbblegal.com
Email: skaplan@cbblegal.com
Attorneys for Counter-Plaintiff/Defendant Brian J. Waid

---

**COUNTER-PLAINTIFF/DEFENDANT BRIAN J. WAID'S REPLY IN SUPPORT OF THE MOTION FOR SUPPLEMENTAL PROCEEDINGS -4**
(2:17-CV-01685-RSM)

**CARROLL, BIDDLE, & BILANKO, PLLC**
801 2nd Avenue, Suite 800
Seattle, WA  98104
Telephone: (206) 489-5549

# CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day a true and accurate copy of the document to which this declaration is affixed was filed with the above-entitled Court through CM/ECF and was sent as indicated below on this day, to:

**Attorneys for Plaintiff**:
Sandra L. Ferguson
The Ferguson Firm
The Pioneer Building
600 First Avenue
Seattle, WA 98104
Tel.: (206) 624-5696
Fax: (206) 770-7340

☐ U.S. Mail Postage Prepaid
☒ CM/ECF
☐ Hand Delivery
☐ Email: sandra@slfergusonlaw.com

DATED this 15th day of February 2019.

*/s/ Stephanie M. Hosey*
Stephanie M. Hosey, Paralegal

**COUNTER-PLAINTIFF/DEFENDANT BRIAN J. WAID'S REPLY IN SUPPORT OF THE MOTION FOR SUPPLEMENTAL PROCEEDINGS -5**
(2:17-CV-01685-RSM)

**CARROLL, BIDDLE, & BILANKO, PLLC**
801 2nd Avenue, Suite 800
Seattle, WA 98104
Telephone: (206) 489-5549