1

THE HONORABLE RICARDO S. MARTINEZ

2

3

4

5

6

7

8       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
9              AT SEATTLE

10

11   SANDRA L. FERGUSON,

12          Counter-Defendant/Plaintiff,          NO. 2:17-CV-01685-RSM

13   vs.                                          **ORDER GRANTING MOTION TO
                                                  WITHDRAW AS COUNSEL FOR
14   BRIAN J. WAID AND THE WAID MARITAL           DEFENDANT/ COUNTER-PLAINTIFF
     COMMUNITY,                                   BRIAN J. WAID AND THE WAID
15                                                MARITAL COMMUNITY**

16          Counter-Plaintiff/Defendants.

17                              **ORDER**

18       **THIS MATTER** COMES BEFORE THE Court upon the Motion to Withdraw as

19   Counsel for Defendant/Counter-Plaintiff Brian J. Waid and the Waid Marital Community.

20       The Court hereby finds and **ORDERS** that:

21       1.  Jeffrey E. Bilanko and Susan K. Kaplan of Carroll, Biddle, & Bilanko PLLC may

22           withdraw as counsel for Counter-Plaintiff/Defendant Brian J. Waid and the Waid

23           Marital Community; and

24       2.  Defendant/Counter-Plaintiff Brian J. Waid may proceed pro se.

25

26

**ORDER GRANTING MOTION TO WITHDRAW AS
COUNSEL FOR DEFENDANT/ COUNTER-PLAINTIFF
BRIAN J. WAID AND THE WAID MARITAL
COMMUNITY** - 1
NO. 2:17-CV-01685-RSM

**CARROLL, BIDDLE, &
BILANKO, PLLC**
801 2nd Avenue, Suite 800
Seattle, WA  98104
Telephone: (206) 489-5549

Dated this 30 day of April 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

CARROLL, BIDDLE, & BILANKO, PLLC

By:     */s/ Jeffrey E. Bilanko*
        Jeffrey E. Bilanko, WSBA 38829

        */s/ Susan K. Kapan*
        Susan K. Kaplan, WSBA 40985

        Carroll, Biddle, & Bilanko, PLLC
        801 2nd Avenue, Suite 800
        Seattle, WA 98104
        Phone: (206) 489-5548
        Email: jbilanko@cbblegal.com
        Email: skaplan@cbblegal.com
        Withdrawing Attorneys for
        Defendant/Counter-Plaintiff Brian J. Waid and
        the Waid Marital Community

By:     */s/ Brian J. Waid (approved via email)*
        Brian J. Waid, WSBA 26038
        Waid Law Office, PLLC
        5400 California Avenue SW, Suite D
        Seattle, WA 98136
        Phone: (206) 462-4435
        Email: bjwaid@waidlawoffice.com
        Defendant/Counter-Plaintiff

**ORDER GRANTING MOTION TO WITHDRAW AS
COUNSEL FOR DEFENDANT/ COUNTER-PLAINTIFF
BRIAN J. WAID AND THE WAID MARITAL
COMMUNITY** - 2
NO. 2:17-CV-01685-RSM

**CARROLL, BIDDLE, &
BILANKO, PLLC**
801 2nd Avenue, Suite 800
Seattle, WA 98104
Telephone: (206) 489-5549