UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA L. FERGUSON,<br><br>                Plaintiff,<br><br>   vs.<br><br>BRIAN J. WAID AND THE WAID MARITAL COMMUNITY,<br><br>                Defendants. | NO. 2:17-cv-01685-RSM<br><br>ORDER GRANTING PLAINTIFF SANDRA FERGUSON'S MOTION TO PROCEED PRO SE |

This matter comes before the Court on Plaintiff/Counter-Defendant Sandra L. Ferguson's Motion to proceed on her own behalf in this matter. Dkt. #218. The Motion is based upon the records, files and proceedings heretofore had herein; upon LCR 83.2(b)(5); and upon the declaration of Sandra Ferguson. The Motion is unopposed.

The Court has reviewed all papers filed in support of the Motion. Being fully advised, the Court GRANTS the Motion. Accordingly,

IT IS HEREBY ORDERED that Plaintiff/Counter-Defendant Sandra Ferguson is granted an order of substitution, terminating John R. Muenster as her counsel and substituting Ms. Ferguson in to proceed pro se in this matter.

Dated this 7th day of June, 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE