UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANDRA L. FERGUSON,

    Plaintiff,

v.

BRIAN J. WAID AND THE WAID MARITAL COMMUNITY,

    Defendants.

Case No. C17-1685RSM

ORDER ON REMAND FROM THE NINTH CIRCUIT AWARDING DAMAGES FROM BENCH TRIAL AND IMPOSING INJUNCTION

This matter comes before the Court after a bench trial was held from November 13, 2018, to November 14, 2018, and after the Ninth Circuit has reversed and remanded for revised language on the following injunction. *See* Dkt. #243. This Order replaces the Order at Dkt. #180. In conjunction with the Court's previously issued Findings of Fact and Conclusions of Law, Dkt. #179, the Court hereby FINDS and ORDERS that:

1) Plaintiff Sandra Ferguson shall pay Defendant Brian Waid $50,000 as presumed damages from her defamatory statements.

2) The following injunction is issued to protect Mr. Waid from further harassment:

    a. Sandra Ferguson is enjoined from repeating the same or effectively identical statements found to be defamatory in this case to past or present clients of

ORDER ON REMAND FROM THE NINTH CIRCUIT AWARDING DAMAGES FROM BENCH TRIAL AND IMPOSING INJUNCTION - 1

Brian J. Waid, either in person, via telephone, or by electronic communications;

    b. Ms. Ferguson is enjoined from publishing again the same or effectively identical statements found to be defamatory in this case;

    c. Ms. Ferguson is enjoined from filing new lawsuits against Mr. Waid in any court without leave of this Court;

    d. Ms. Ferguson shall remove or seek to remove any defamatory statements she has already published about Mr. Waid on the internet.

3) This injunction does not apply to Ms. Ferguson filing appeals in this case or any other previously filed matter brought against Mr. Waid.

DATED this 20th day of March 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON REMAND FROM THE NINTH CIRCUIT AWARDING DAMAGES FROM BENCH TRIAL AND IMPOSING INJUNCTION - 2